UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODI CLAIRE CLARK,<br><br>             Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>             Defendant. | CASE NO.: 1:22-cv-00227-BAK-GSA<br><br>**ORDER DIRECTING ISSUANCE OF NEW CASE DOCUMENTS** |

    Plaintiff having paid the filing fee, it is **ORDERED** that:

1.     The Clerk of Court is **DIRECTED** to issue new case documents including: 1) summons, 2) Order re Consent or Request for Reassignment, 3) notice and form of consent/decline to proceed before a magistrate judge; 4) scheduling order.

IT IS SO ORDERED.

    Dated: __**May 22, 2022**__               **/s/ Gary S. Austin**_____
                                                                UNITED STATES MAGISTRATE JUDGE